**E-filed 10/15/04**

NOT FOR CITATION

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| JOSHUA A. GERSTEIN,<br><br>   Plaintiff,<br><br>   v.<br><br>UNITED STATES DEPARTMENT OF DEFENSE,<br><br>   Defendant. | Case Number C-03-5193-JF<br><br>ORDER CONTINUING HEARING ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND REQUESTING SUPPLEMENTAL BRIEFING |

   Plaintiff, proceeding *pro se*, and counsel for Defendant appeared before the Court on October 15, 2004, the hearing date scheduled for oral argument on Defendant's motion for summary judgment. For the reasons stated on the record, the Court hereby continues the substantive argument on Defendant's motion for summary judgment to December 3, 2004 at 9:00 a.m. Defendant shall file and serve a supplemental brief on or before November 5, 2004, addressing the particularity of Defendant's showing with respect to exemption 1; the applicability of exemption 3(B) to all documents for which it is asserted, including documents sent from

1 Defendant to ICRC; and the issue of segregability.  Plaintiff shall file and serve a supplemental
2 brief responding to Defendant's brief on or before November 19, 2004.
3   IT IS SO ORDERED.

8 DATED: 10/15/04

/s/ (electronic signature authorized)
_____
JEREMY FOGEL
United States District Judge

1  This Order has been served upon the following persons:

3  Joshua Gerstein
4  814 Potrero Avenue
5  San Francisco, CA 94110

7  Claire T. Cormier
   United States Attorney's Office
8  Northern District of California, San Jose Branch
9  150 Almaden Boulevard, Suite 900
10 San Jose, CA 95113

11 Peter T. Wechsler
   United States Department of Justice
12 Civil Division, Federal Programs Branch
13 Post Office Box 883
   Washington, DC 20044